ACCEPTED
01-15-00610-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 4:05:32 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00610-CR

| | | |
|---|---|---|
| **EXPARTE** | § | **IN THE COURT OF APPEALS** |
| | § | FILED IN |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | 9/21/2015 4:05:32 PM |
| **COREY DOUGLAS-MYERS** | § | **1ST DISTRICT OF TEXAS** |
| | | CHRISTOPHER A. PRINE |
| | | Clerk |

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON BEHALF OF APPEALLANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, COREY DOUGLAS-MYERS, by and through the undersigned attorney of record filing this Motion for Extension of Time to File Appellate Brief on Behalf of the Defendant and would show unto the Court the following:

1. Appellant's brief is currently due on September 23, 2015.

2. Appellant's attorney, Adam B. Banks filed A Motion For Imposition of Sentence of Shock Probation in trial case number the 230th District Court of Harris County, Texas and is awaiting a ruling.

3. Appellant's attorney respectfully requests a 30 day extension from date Appellant's brief is due.

4. This request is in the interest of justice and not merely to seek delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be GRANTED.

Respectfully submitted,

/s/ Adam B. Brown
ADAM B. BROWN
TBA No. 24003775
300 Main Street, Suite 200
Houston, Texas 77002
Telephone: (713) 223-0051
Facsimile: (713) 228-0034

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was filed electronically with the First Court of Appeals on this the 21st day of September 2015.

*/s/ Adam B. Brown*
ADAM B. BROWN